UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Respondent/Plaintiff,<br>　　v.<br><br>Maurico Mountain McCoy, Jr.,<br><br>　　　　　Petitioner/Defendant. | Case No. 2:14-cr-00257-KJD-VCF<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF NO 47)** |

On May 21, 2024, Defendant Maurice McCoy filed an emergency motion seeking compassionate release, under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 47.) After reviewing the briefing and McCoy's sealed health records, the Court **GRANTS** the motion for compassionate release.

**IT IS HEREBY ORDERED** that Defendant's Motion for Compassionate Release (ECF No. 47) is **GRANTED**.

**IT IS FURTHERED ORDERED** that Defendant's sentence of imprisonment is **REDUCED to time served.** The conditions of Defendant's supervised release are hereby **AMENDED** to include a requirement of home confinement for a period of two years, which shall commence in the event that Defendant is discharged from the hospital. Such home confinement shall allow for Defendant's continued medical treatment, including allowing Defendant to reside in any residence, hospice, or other palliative care facility that is approved by the supervising Probation Officer.

**IT IS FURTHER ORDERED** that the Probation Office shall file a Notice with the Court once it has verified Defendant's residence and/or establishment of

a release plan, made appropriate travel arrangements, and ensured Defendant's safe release.

**IT IS SO ORDERED.**

Dated: 05/22/2024

_____
Kent J. Dawson, District Judge
UNITED STATES DISTRICT JUDGE