UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>         Respondent/Plaintiff,<br><br>    v.<br><br>Maurico Mountain McCoy, Jr.,<br><br>         Petitioner/Defendant. | Case No. 2:14-cr-00257-KJD-VCF<br><br>**ORDER GRANTING DEFENDANTS MOTION TO SEAL (ECF 46)** |

**IT IS THEREFORE ORDERED** Defendant Maurico Mountain McCoy Jr's., Motion for Leave to File Unopposed Emergency Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. § 3582 (c)(1)(A)(i) and Authorizing any Remaining Portion of his Sentence to be Served on Home Confinement and Exhibits **Under Seal** (ECF NOS. 47 and 48) is **GRANTED**.

Dated: 05/22/2024

_____

Kent J. Dawson, District Judge
UNITED STATES DISTRICT JUDGE